STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071
shayes@hayesscott.com
sellingson@hayesscott.com
jradack@hayesscott.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

TIM O'CONNOR (SBN 151110)
THE O'CONNOR LAW FIRM
2412 Babson Drive
Elk Grove, California 95758
Telephone: 916.509.7096
Facsimile: 800.934.5086
Tim@TimOconnorAttorney.com
With Co-Counsel Stanley R. Parrish

Attorneys for Plaintiffs
JOSH GRASS AND SAUNDRA SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH GRASS and SAUNDRA SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.  2:15-CV-01917-JAM-CMK<br><br>**STIPULATION AND ORDER TO REVISE THE<br>PRE-TRIAL SCHEDULING ORDER** |

The parties hereby submit the following Stipulation and [Proposed] Order to Revise the Pre-Trial Scheduling Order.

706811                                                     -1-

# I.
# STIPULATION

The parties hereby stipulate to the following revised Pretrial Scheduling Order:

| | | |
|---|---|---|
| 1. | Expert Disclosure | November 18, 2016 |
| 2. | Expert Rebuttal | December 2, 2016 |
| 3. | Deadline to complete all discovery | January 27, 2017 |
| 4. | Deadline to file dispositive motions | March 7, 2017 |
| 5. | Date of hearing on motion for summary judgment | April 4, 2017 at 1:30 p.m. |
| 6. | Joint Pretrial Statement | May 12, 2017 |
| 7. | Final Pre-Trial Conference | May 19, 2017 at 11:00 a.m. |
| 8. | Trial | July 10, 2017 at 9:00 a.m. |

Dated:  July 20, 2016          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP


By      */S/ Stephen P. Ellingson*
    STEPHEN M. HAYES
    STEPHEN P. ELLINGSON
    JAMIE A. RADACK
    Attorneys for Defendant
    STATE FARM GENERAL INSURANCE
    COMPANY


Dated:  July 20, 2016          THE O'CONNOR LAW FIRM


By      */S/ Tim O'Connor*
    TIM O'CONNOR, co-counsel with Stan Parrish
    Attorneys for Plaintiffs

**PROPOSED ORDER**

Pursuant to the parties' stipulation, the Pre-Trial Scheduling Order is revised as follows:

| | | |
|---|---|---|
| 1. | Expert Disclosure | November 18, 2016 |
| 2. | Expert Rebuttal | December 2, 2016 |
| 3. | Deadline to complete all discovery | January 27, 2017 |
| 4. | Deadline to file dispositive motions | March 7, 2017 |
| 5. | Date of hearing on motion for summary judgment | April 4, 2017 at 1:30 p.m. |
| 6. | Joint Pretrial Statement | May 12, 2017 |
| 7. | Final Pre-Trial Conference | May 19, 2017 at 11:00 a.m. |
| 8. | Trial | July 10, 2017 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: 7/20/2016         /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT –
EASTERN DISTRICT OF CALIFORNIA