STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071
shayes@hayesscott.com
sellingson@hayesscott.com
jradack@hayesscott.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH GRASS and SAUNDRA SMITH,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>                    Defendant. | CASE NO.  2:15-CV-01917-JAM-CMK<br><br>**STIPULATION OF DISMISSAL; ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

   IT IS HEREBY STIPULATED by plaintiffs Josh Grass and Saundra Smith by and through their attorney of record, Tim O'Connor of The O'Connor Law Firm and defendant State Farm General Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), with the parties to bear their own costs and attorney fees.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: October 26, 2016 | THE O'CONNOR LAW FIRM |

By  */S/ Tim O'Connor*
TIM O'CONNOR, co-counsel with Stan Parrish
Attorneys for Plaintiffs
JOSH GRASS and SAUNDRA SMITH

| | |
|---|---|
| Dated: October 26, 2016 | HAYES SCOTT BONINO ELLINGSON & McLAY, LLP |

By  */S/ Stephen P. Ellingson*
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED

Dated: 10/26/2016

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT –
EASTERN DISTRICT OF CALIFORNIA